**914**

*S.N. Long Warehouse Company,* 426 S.W. 2d 725, 733 (Mo.App.1968).

■ The record reveals that Dr. Harmon, in a letter dated January 25, 1984, advised Dayco that as of that date Plaster was totally disabled in regard to her prior employment, and would not be able to return to work at Dayco. Dr. Perry concurred in Dr. Harmon's opinion, and Plaster's medical reports established that no improvement in her condition was expected after the January 25, 1984, date. These facts were competent and substantial evidence that the temporary total disability period did not extend past January 25, 1984.

The final award of the Commission which affirmed the findings, conclusions, and decision of the administrative law judge is affirmed.

HOLSTEIN, C.J., and CROW, P.J., concur.

William L. Webster, Atty. Gen., Jefferson City, Philip M. Koppe, Asst. Atty. Gen., Kansas City, for respondent.

Before LOWENSTEIN, P.J., and TURNAGE and COVINGTON, JJ.

### ORDER

PER CURIAM.

Appeal from conviction of robbery in the first degree, § 569.020, RSMO 1986, and armed criminal action, § 571.015, RSMo 1986, and sentencing to two terms of ten years' imprisonment to be served consecutively.

JUDGMENT AFFIRMED. Rule 30.-25(b).

STATE of Missouri, Respondent,

v.

Faye D. THOMPSON, Appellant.

No. WD 40127.

Missouri Court of Appeals, Western District.

Nov. 22, 1988.

Herman ARENS, Deceased, Fredonia Arens, Dependent, Claimant–Respondent,

v.

DELCON CORPORATION and United States Fidelity and Guaranty Company, Employer and Insurer–Appellants.

No. WD 40586.

Missouri Court of Appeals, Western District.

Nov. 22, 1988.

Lloyd Koelker, Kansas City, for appellant.